# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>          Defendant. | Case No. 1:20-cv-01052-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>FIVE DAY DEADLINE |

On July 29, 2020, John Doe ("Plaintiff"), a federal prisoner, filed this action pursuant to the Federal Tort Claims Act alleging claims of negligence. Along with his complaint, Plaintiff filed a motion to file the complaint under a pseudonym, a request to seal documents, and notice of related case.[1] (ECF Nos. 1-4.) On July 30, 2020, the Clerk of the Court issued a notice directing Plaintiff's attorney, E.J Hurst to submit a pro hac vice application and pay the fee. (ECF No. 5.) On July 31, 2020, an order issued granting Plaintiff's request to seal and he was directed to email the declaration of identity to the Court within two days. (ECF No. 8.)

Plaintiff's counsel has not submitted a pro hac vice application, paid the fee, emailed the document to be filed under seal, or otherwise responded to the Court's orders.

---

[1] The Court notes that the related case was closed on August 4, 2020, and Plaintiff's motion to proceed under a pseudonym was denied as moot. See Doe v. Kane, No. 1:19-cv-00467-DAD-BAM (E.D. Cal.). No notice of related case has been filed in that action for the district judge to determine whether to relate the cases prior to dismissal of the action.

1

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE IN WRITING within **five (5) days** of the date of entry of this order why sanctions, up to and including dismissal of this action, should not issue for the failure to comply. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated: __August 7, 2020__                          _____
                                                  UNITED STATES MAGISTRATE JUDGE