# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No.  1:20-cv-01052-NONE-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO SERVE THE UNITED STATES OF AMERICA<br><br>(ECF Nos. 9, 11, 14) |

John Doe ("Plaintiff"), a federal prisoner, filed this action pursuant to the Federal Tort Claims Act alleging claims of negligence.  On August 7, 2020, an order was filed requiring Plaintiff to show cause why sanctions should not issue for Plaintiff's failure to comply with orders to file a *pro hac vice* application and to file his declaration of identity under seal.  (ECF No. 9.)  On August 10, 2020, a *pro hac vice* application was filed along with a response to the order to show cause.  (ECF Nos. 9, 11.)  Plaintiff's response stated that he would not serve the defendant until further order of the court.  On August 11, 2020, counsel's *pro hac vice* application was granted.  (ECF No. 12.)  On August 12, 2020, the declaration of identity was filed under seal and a supplemental response to the order to show cause was filed.  (ECF Nos. 13, 14.)

Upon review of the response, the order to show cause shall be discharged and Plaintiff shall be required to effect service of process upon defendant.  See Fed. R. Civ. P. 4(i)(1) (service

upon the United States).

Based on Plaintiff's response, IT IS HEREBY ORDERED that:

1. The order to show cause filed August 7, 2020, is DISCHARGED;
2. Plaintiff SHALL SERVE the defendant in compliance with Federal Rule of Civil Procedure 4(m);
3. Plaintiff SHALL SERVE the July 31, 2020 order granting the request to seal documents and requiring Defendant to file a response to Plaintiff's motion to file pseudonymous proceedings along with the summons and complaint; and
4. Failure to comply with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**August 13, 2020**__            _____
UNITED STATES MAGISTRATE JUDGE