# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PALACIOS, an individual, | ) Case No. 1:20-cv-01052-NONE/SAB |
| Plaintiff, | ) ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | ) |
| UNITED STATES, | ) (ECF No. 23) |
| Defendant. | ) |

On January 15, 2021, a stipulation was filed to extend time to February 16, 2021, for the United States to respond to the complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The United States SHALL FILE a response to the complaint on or before February 16, 2021;

2. The mandatory scheduling conference set for February 11, 2021, is CONTINUED to **April 16, 2021, at 10:00 a.m.** in Courtroom 9; and

3. The parties SHALL FILE a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **January 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1